1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

PATRICIA MCCURRY

Plaintiff,

v.

BANK OF AMERICA, N.A., et al.

Defendants.

Case No. 2:16-cv-00191-RFB-PAL

ORDER

12      Before the court is the Notice of Settlement Between Plaintiff and Equifax Information

13  Services LLC (Dkt. #5). The parties advise that a settlement has been reached and that a

14  stipulation to dismiss should be filed within 60 days.  Accordingly,

15      **IT IS ORDERED** that Plaintiff and Defendant Equifax Information Services, LLC shall

16  have until **April 11, 2016,** to file a stipulation to dismiss, or a joint status report advising when

17  the stipulation to dismiss will be filed.

18      DATED this 22nd day of February, 2016.

19

20

21  PEGGY A. LEEN
    UNITED STATES MAGISTRATE JUDGE

22
23
24
25
26
27
28