1  Abran E. Vigil
   Nevada Bar No. 7548
2  Lindsay Demaree
   Nevada Bar No. 11949
3  BALLARD SPAHR LLP
   100 North City Parkway, Suite 1750
4  Las Vegas, Nevada 89106-4617
   Telephone: 702.471.7000
5  Facsimile: 702.471.7070
   vigila@ballardspahr.com
6  demareel@ballardspahr.com

7  *Attorneys for Defendant*
   *Chase Bank USA N.A.*
8

9

10                UNITED STATES DISTRICT COURT

11                     DISTRICT OF NEVADA

12  PATRICIA MCCURRY,                ) CASE NO. 2:16-cv-00191-RFB-PAL
                                     )
13         Plaintiff,                )
                                     )
14  v.                               )
                                     ) **STIPULATION AND ORDER TO**
15  BANK OF AMERICA, N.A.; CHASE     ) **EXTEND TIME FOR CHASE BANK**
    BANK USA, N.A. OCWEN LOAN        ) **USA N.A. TO RESPOND TO**
16  SERVICING, LLC; SELECT PORTFOLIO ) **PLAINTIFF'S COMPLAINT**
    SERVICING, INC., EQUIFAX         )
17  INFORMATION SERVICES, LLC; and   ) *(Second Request)*
    EXPERIAN INFORMATION             )
18  SOLUTIONS, LLC,                  )
                                     )
19         Defendants.               )
                                     )
20

21     Defendant Chase Bank USA, N.A.'s ("Chase") response to plaintiff Patricia

22  McCurry's complaint currently is due March 28, 2016.  Plaintiff and Chase stipulate

23  and agree that Chase has up to and including April 27, 2016 to respond to plaintiff's

24  complaint, to provide time for Chase to continue to investigate plaintiff's allegations

25  and for the parties to discuss a potential early resolution of the claims asserted

26                     *[Continued on following page.]*

27

28

DMWEST #14003882 v1

against Chase. This request is made in good faith and not made for purposes of delay.

Dated: March 24, 2016

| BALLARD SPAHR LLP | HAINES & KRIEGER. |
|---|---|
| By: /s/ Lindsay Demaree<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 | By: /s/ David Krieger<br>David H. Krieger<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 130<br>Henderson, Nevada 89123<br>(702) 880-5554<br>dkrieger@hainesandkrieger.com |
| *Attorneys for Defendant*<br>*Chase Bank USA, N.A.* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 28, 2016