UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PATRICIA McCURRY,<br><br>                                    Plaintiff,<br><br>       v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>                                    Defendants. | Case No. 2:16-cv-00191-RFB-PAL<br><br>**ORDER** |

Before the court is the Notice of Settlement (ECF No. 53) between Plaintiff and Defendant Experian Information Solutions, Inc.  The parties advise that a settlement has been reached.  The parties anticipate 60 days to complete settlement documents and to file a stipulation of dismissal.

Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Experian Information Solutions, Inc. shall have until **January 16, 2017**, to file a stipulation to dismiss, or a status report advising when the stipulation will be received.

Dated this 16th day of November, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE