WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Inku Nam, Esq.
Nevada Bar No. 12050
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
inam@wrightlegal.net
*Attorneys for Defendant, Ocwen Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICIA MCCURRY,<br><br>         Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, N.A; CHASE BANK USA, NA; OCWEN LOAN SERVICING, LLC; SELECT PORTFOLIO SERVICING, INC.; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>         Defendants. | Case No.:   2:16-cv-00191-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO THE CLAIM AGAINST OCWEN LOAN SERVICING, LLC**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED between Plaintiff Patricia McCurry (hereinafter "Plaintiff"), by and through her attorney of record, David H. Krieger, Esq. of the law firm of Haines & Krieger, LLC, and Defendant Ocwen Loan Servicing, LLC. (hereinafter "Ocwen"), by and through its attorney of record Inku Nam, Esq. of the law firm of Wright, Finlay & Zak, LLP, pursuant to Ocwen's request to extend the deadline for Ocwen to file its response to Plaintiff's Motion for Summary Judgment until Tuesday, December 6, 2016.  Plaintiff's reply will be due on Wednesday, December 28, 2016.

/ / /

/ / /

/ / /

1   This is the parties' first request for extension of responsive deadlines and is not intended
2 to cause any delay or prejudice to any party.
3   DATED this 28th day of November, 2016.   DATED this 28th day of November, 2016.
4   WRIGHT, FINLAY & ZAK, LLP   HAINES & KRIEGER, LLC

5    /s/ Inku Nam_____    /s/ David H. Krieger_____ _____
6   Inku Nam, Esq.   David H. Krieger, Esq.
    Nevada Bar No. 12050   Nevada Bar No. 9086
7   7785 W. Sahara Avenue, Suite 200   8985 S. Eastern Avenue, Suite 350
    Las Vegas, Nevada 89117   Las Vegas, Nevada 89123
8   *Attorney for Defendant, Ocwen Loan*   *Attorney for Plaintiff, Patricia McCurry*
9   *Servicing, LLC*

### **ORDER**

   IT IS HEREBY ORDERED that the deadline for Ocwen to respond to Plaintiff's Motion for Summary Judgment is now December 6, 2016.  Plaintiff's reply will be due on December 28, 2016.

   IT IS FURTHER ORDERED that the First Stipulation for Extension of Time [ECF no. 52] is DENIED as moot.

   DATED this 29th day of November, 2016.

   _____
   RICHARD F. BOULWARE, II
   United States District Judge