DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: darren.brenner@akerman.com

*Attorneys for Defendant Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICIA MCCURRY,<br><br>                    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; CHASE BANK USA, N.A.; OCWEN LOAN SERVICING, LLC; SELECT PORTFOLIO SERVICING, INC.; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                    Defendants. | Case No. 2:16-cv-00191-RFB-PAL<br><br>**REQUEST TO BE REMOVED FROM ELECTRONIC FILING** |

The undersigned hereby requests to be removed from the filing and service list by electronic means through the Court's e-filing program on behalf of the following parties: Bank Of America, N.A. (**BANA**). A stipulation for the dismissal of BANA was filed on March 11, 2016 (ECF No. 17) and an order granting that stipulation was filed on March 16, 2016 (ECF No. 19).

...

...

...

...

...

...

...

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Documents are no longer to be served by electronic means to the following persons at the e-mail address listed below:

1.) Darren T. Brenner, Esq. at darren.brenner@akerman.com

DATED this 7th day of December, 2016.

**AKERMAN LLP**

*/s/ Darren T. Brenner, Esq.*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendant Bank of America, N.A.*

IT IS SO ORDERED this 13th day of December, 2016.

_____
Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 7, 2016, and pursuant to Fed. R. Civ. P. 5(b), I served via the CM/ECF electronic filing system a true and correct copy of the foregoing **REQUEST TO BE REMOVED FROM ELECTRONIC FILING** addressed to**:**

David Krieger
HAINES &KRIEGER, LLC
dkrieger@hainesandkrieger.com

*Plaintiff's counsel*

Jennifer L. Braster
MAUPIN NAYLOR BRASTER
jbraster@naylorandbrasterlaw.com

*Attorney for Experian Information Solutions, Inc.*

Dana Jonathon Nitz
WRIGHT, FINLAY & ZAK, LLP
dnitz@wrightlegal.net

*Attorney for Ocwen Loan Servicing, LLC*

                                                                */s/ Allen G. Stephens*
                                                                 An employee of Akerman LLP